**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| L. Dean Luke, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IKON Office Solutions, Inc., in its capacity as sponsor and plan administrator for the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan,<br><br>Defendants. | **Civil No. 00-CV-2755 JRT/FLN**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** |

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that the time in which defendants may answer or otherwise plead in response to plaintiff's complaint is extended to February 16, 2001.

Dated: January 10, 2001

DOUGLAS A. KELLEY, P.A.

Steven E. Wolter

Douglas A. Kelley, #54525
Steven E. Wolter, #170707

Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, Minnesota 55415
(612) 371-9090

Attorneys for plaintiff L. Dean Luke

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ________
DEPUTY CLERK ________

Dated: January 10, 2001

FAEGRE & BENSON LLP

Daniel C. Gerhan, #189698

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorney for defendants
IKON Office Solutions, Inc., et al.

ORDER

In accordance with the foregoing stipulation, it is hereby ordered that defendants' time in which to answer or otherwise plead in response to the Complaint in this matter is extended to February 16, 2001.

SO ORDERED.

Dated: JAN 19, 2001

Franklin L. Noel
United States Magistrate Judge

M1:701713.01