UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

L. Dean Luke,

Plaintiff,

v.

Ikon Office Solutions, Inc.,
et al.,

Defendants.

Civil No. 00-2755 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by July 2, 2001.

   b. All discovery shall be commenced in time to be completed by October 1, 2001.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by October 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

FEB 2 8 2001

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before July 1, 2001.

2) By defendant on or before July 1, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before September 1, 2001.

2) By defendant on or before September 1, 2001.

c. Each party may depose no more than 3 expert witnesses on or before October 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to January 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than March 1, 2002, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 5 trial days.

DATED: 2/28, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge