**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| L. DEAN LUKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., et al.<br><br>Defendants. | ) | File No. 00-CV-2755 JRT/FLN |

**MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS OR ADD PARTIES AND FOR RULE 26(a)(2)(A) DISCLOSURES**

Defendants IKON Office Solutions, Inc., and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan, f/k/a/ Alco Standard Corporation 1991 Deferred Compensation Plan, by and through their attorneys, hereby move this Court for an extension of time in which the parties: (1) may amend the pleadings or add parties; and (2) must disclose the identity of expert witnesses under Rule 26(a)(2)(A). Pursuant to the Court's Pretrial Schedule, the current deadlines for the above actions are July 2, 2001 and July 1, 2001, respectively. Defendants move this Court to extend both deadlines to August 2, 2001.

Plaintiff, through his attorney, has consented to said extensions.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S IN

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Defendants' Motion for an Extension of Time. A proposed Order is attached.

DATED: June 27, 2001

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants

**ORDER**

It is hereby ORDERED that Defendants' Motion for Extension of Time is GRANTED and that the parties have until August 2, 2001 to: (1) amend the pleadings or add parties; and (2) make Rule 26(a)(2)(A) disclosures.

SO ORDERED.

Dated: July 5, 2001

MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Motion for Extension of Time has been served by First Class United States mail, postage prepaid, this 27th day of June, 2001, upon:

Douglas A. Kelley
Steven E. Wolter
William Michael
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415

Kay Kyungsun Yu