UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

L. Dean Duke,

Plaintiff,

v.

Ikon Office Solutions, Inc., et al.,

Defendants.

Civil No. 00-2755 JRT/FLN

**ORDER**

---

Douglas A. Kelley, Esq., & Steven E. Wolter, Esq., for Plaintiff.
Daniel C. Gerhan, Esq., Joseph J. Costello, Esq., & Megan W. Shafer, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on August 27, 2001, on Defendants' Motion For Leave to File A Third Party Complaint Against Georgia-Pacific Corporation and Unisource Worldwide, Inc. [#14].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion For Leave to File A Third-Party Complaint Against Georgia-Pacific Corporation and Unisource Worldwide, Inc. [#14] is **GRANTED**;

2. Defendants are directed to file, forthwith, their Third-Party Complaint, in substantially the form and content as was filed in support of the Motion For Leave to File A Third-Party Complaint Against Georgia-Pacific Corporation and Unisource Worldwide, Inc., and Defendants Georgia-Pacific Corporation and Unisource Worldwide, Inc. are directed to serve an Answer in accordance with the governing Rules of Civil Procedure.

DATED: August 31, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500