UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

L. Dean Duke, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IKON Office Solutions, Inc., in its capacity as sponsor and plan administrator for the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan,

and

The IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan,

Defendants and Third-Party Plaintiffs,

v.

Georgia-Pacific Corporation and Unisource Worldwide, Inc.,

Third-Party Defendants.

Court File No: 00-CV-2755 JRT/FLN

---

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

---

IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that the time for Third-Party Defendants to answer, plead, move or otherwise respond to Defendants and Third-Party Plaintiffs, IKON Office Solutions, Inc. and the IKON Office Solutions, Inc. 1991

FILED NOV 2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan's Third-Party Complaint is extended to and includes December 21, 2001. This Stipulation is without waiver of any rights of any party.

Date: November 26, 2001

FAEGRE & BENSON LLP

By: ______________________

Daniel C. Gerhan #189698
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (877) 432-9652

**ATTORNEYS FOR DEFENDANTS AND THIRD-PARTY PLAINTIFFS IKON OFFICE SOLUTIONS, INC. AND THE IKON OFFICE SOLUTIONS, INC. 1991 DEFERRED COMPENSATION PLAN**

Date: 11/26, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Kathleen M. Mahoney (#66588)
Kristin L. Boetticher (#275931)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS GEORGIA-PACIFIC CORPORATION AND UNISOURCE WORLDWIDE, INC.**

IT IS SO ORDERED:

Dated: 11/29/01

The Honorable Franklin L. Noel
United States Magistrate Judge