**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| L. Dean Luke, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IKON Office Solutions, Inc., et al.,<br><br>Defendants. | ) | File No. 00-CV-2755 JRT/FLN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

WHEREAS, the Pretrial Schedule in the above-captioned case was modified pursuant to Chief Magistrate Judge Franklin L. Noel's Order dated October 31, 2001;

WHEREAS, the modified Pretrial Schedule establishes December 1, 2001, as the date on which discovery shall be completed; and,

WHEREAS, the modified Pretrial Schedule provides the parties only seven (7) days to serve any and all dispositive motions on opposing counsel in order to comply with the January 1, 2002, filing deadline established in the original Pretrial Schedule;

It is hereby stipulated by and between Defendants IKON Office Solutions, Inc. ("IKON") and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan (the "1991 Deferred Compensation Plan" or the "Plan") and Plaintiff L. Dean Luke ("Plaintiff"), through their respective attorneys, that the time for filing dispositive motions shall be as follows:

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Any dispositive motions, including motions for summary judgment and motions for class certification, shall be delivered to opposing counsel in accordance with Local Rule 7.1(b)(2)(A) by December 31, 2001;

2. Any memoranda of law in opposition to a dispositive motion shall be delivered to opposing counsel in accordance with Local Rule 7.1(b)(2)(B) by January 18, 2002;

3. Any reply memoranda shall be delivered to opposing counsel in accordance with Local Rule 7.1(b)(2)(C) on or before January 25, 2002; and,

4. Any moving party shall file all motion papers with the Clerk of the Court in accordance with Local Rule 7.1(b)(2)(D) by January 28, 2001.

DOUGLAS A. KELLEY, P.A.

Wm Michael Jr.

Douglas A. Kelley #54525
Steven E. Wolter #170707
William Michael Jr. #0307245
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
(612) 371-9090 Telephone
(612) 371-0574 Facsimile

Attorneys for Plaintiff L. Dean Luke

Dated: November 26, 2001

MORGAN, LEWIS & BOCKIUS LLP

Daniel C. Gerhan

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants
IKON Office Solutions, Inc., et al.

Dated: November 26, 2001

IT IS SO ORDERED:

Dated: Nov. 29 2001

Franklin L Noel

The Honorable Franklin L Noel
United States Magistrate Judge