**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| L. Dean Luke, Plaintiff, v. IKON Office Solutions, Inc., et al., Defendants and Third-Party Plaintiffs, v. Georgia-Pacific Corporation and Unisource Worldwide, Inc. Third-Party Defendants. | ) | File No. 00-CV-2755 JRT/FLN **STIPULATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THE THIRD-PARTY COMPLAINT** |

It is hereby stipulated by and between Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc. and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and Third-Party Defendants Georgia-Pacific Corporation and Unisource Worldwide, Inc., through their respective attorneys, that the time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint is extended until January 31, 2002. In support of this stipulation, Third-Party Plaintiffs and Third-Party Defendants represent that they have reached an oral agreement to settle matters relating to the Third-Party Complaint and the extension is necessary to permit the parties to draft settlement documents.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

OPPENHEIMER WOLFF & DONNELLY LLP

Kathleen M. Mahoney
Plaza VII, 45 South Seventh Street, Suite 3300
Minneapolis, MN 55402-1609
(612) 607-7259 Telephone
(612) 607-7100 Facsimile

Attorneys for Third-Party Plaintiffs

Dated: December 21, 2001

MORGAN, LEWIS & BOCKIUS LLP

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc., et al.

Dated: December 21, 2001

IT IS SO ORDERED:

Dated: 1/18/02

The Honorable Franklin L. Noel
United States Magistrate Judge