**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| L. Dean Luke,<br><br>Plaintiff,<br><br>v.<br><br>IKON Office Solutions, Inc., et al.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>Georgia-Pacific Corporation and Unisource Worldwide, Inc.<br><br>Third-Party Defendants. | File No. 00-CV-2755 JRT/FLN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THE THIRD-PARTY COMPLAINT** |

It is hereby stipulated by and between Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc. and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and Third-Party Defendants Georgia-Pacific Corporation and Unisource Worldwide, Inc., through their respective attorneys, that the time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint is extended until February 15, 2002. In support of this stipulation, Third-Party Plaintiffs and Third-Party Defendants represent that they have reached an oral agreement to settle matters relating to the Third-Party Complaint and the extension is necessary

FILED FEB 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

to permit the parties to draft settlement documents. This is the parties' second stipulation for extension of time with respect this matter.

OPPENHEIMER WOLFF & DONNELLY LLP

Kathleen M. Mahoney
Plaza VII, 45 South Seventh Street, Suite 3300
Minneapolis, MN 55402-1609
(612) 607-7259 Telephone
(612) 607-7100 Facsimile

Attorneys for Third-Party Plaintiffs

Dated: January 28, 2002

MORGAN, LEWIS & BOCKIUS LLP

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc., et al.

Dated: January 28, 2002

IT IS SO ORDERED:

Dated: Feb. 12, 2002

The Honorable Franklin L Noel
United States Magistrate Judge