**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| L. Dean Luke,<br><br>Plaintiff,<br><br>v.<br><br>IKON Office Solutions, Inc., et al.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>Georgia-Pacific Corporation and Unisource Worldwide, Inc.<br><br>Third-Party Defendants. | File No. 00-CV-2755 JRT/FLN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THE THIRD-PARTY COMPLAINT** |

It is hereby stipulated by and between Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc. and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a thc Alco Standard Corporation 1991 Deferred Compensation Plan and Third-Party Defendants Georgia-Pacific Corporation and Unisource Worldwide, Inc., through their respective attorneys, that the time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint is extended until February 22, 2002. In support of this stipulation, Third-Party Plaintiffs and Third-Party Defendants represent that this extension is necessary to

FEB 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

permit the parties to finalize the settlement documents. This is the parties' third stipulation for extension of time with respect this matter.

OPPENHEIMER WOLFF & DONNELLY LLP

Kathleen M. Mahoney (per DCG authorized by phone 2/15/02)

Kathleen M. Mahoney
Plaza VII, 45 South Seventh Street, Suite 3300
Minneapolis, MN 55402-1609
(612) 607-7259 Telephone
(612) 607-7100 Facsimile

Attorneys for Third-Party Plaintiffs

Dated: February 15, 2002

MORGAN, LEWIS & BOCKIUS LLP

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc., et al.

Dated: February 15, 2002

IT IS SO ORDERED:

Dated: 2/19/02

The Honorable Franklin L Noel
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation for Extension of Time for Third-Party Defendants to Respond to the Third-Party Complaint has been served via Messenger, this 15th day of February 2002, upon:

Douglas A. Kelley
Steven E. Wolter
William Michael, Jr.
Centre Village Offices
Suite 2530
431 South Seventh Street
Minneapolis, Minnesota 55415

Kathleen M. Mahoney
Oppenheimer, Wolff & Donnelly LLP
Plaza VII
45 South Seventh Street
Suite 3300
Minneapolis, MN 55402

Daniel C. Gerhan

M1:848100.01