**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| L. Dean Luke,<br><br>Plaintiff,<br><br>v.<br><br>IKON Office Solutions, Inc., et al.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>Georgia-Pacific Corporation and Unisource Worldwide, Inc.,<br><br>Third-Party Defendants. | ) | File No. 00-CV-2755 JRT/FLN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THE THIRD-PARTY COMPLAINT** |

It is hereby stipulated by and between Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc. and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and Third-Party Defendants Georgia-Pacific Corporation and Unisource Worldwide, Inc., through their respective attorneys, that the time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint is extended until March 8, 2002. In support of this stipulation, Third-Party Plaintiffs and Third-Party Defendants represent that this extension is necessary to permit the parties to finalize the settlement documents. This is the parties' fourth stipulation for extension of time with respect to this matter.

FILED ... 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

OPPENHEIMER WOLFF & DONNELLY LLP

Kathleen M. Mahoney
Plaza VII, 45 South Seventh Street, Suite 3300
Minneapolis, MN 55402-1609
(612) 607-7259 Telephone
(612) 607-7100 Facsimile

Attorneys for Third-Party Plaintiffs

Dated: February 22, 2002

MORGAN, LEWIS & BOCKIUS LLP

Daniel C Gerhan

Joseph J. Costello (RMM, authorized by Daniel Gerhan)
Kay Kyungsun Yu
Megan E. Shafer
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000 Telephone
(877) 432-9652 Facsimile

Daniel C. Gerhan #189698
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants and Third-Party Plaintiffs IKON Office Solutions, Inc., et al.

Dated: February 22, 2002

IT IS SO ORDERED: No further extension will be granted

Dated: 2/26/02

The Honorable Franklin L Noel
United States Magistrate Judge