**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

L. Dean Luke, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

IKON Office Solutions, Inc., et al.,

Defendants and
Third-Party Plaintiffs

and

Georgia-Pacific Corporation and Unisource Worldwide, Inc.

Third-Party Defendants.

**Civil No. 00-CV-2755 JRT/FLN**

**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT**

## STIPULATION

Third-Party plaintiffs IKON Office Solutions, Inc., et al. and Third-Party defendants Georgia Pacific, et al. by and through their undersigned counsel, hereby stipulate and agree that the Third-Party Complaint in the above-captioned lawsuit shall be dismissed with prejudice and on the merits, without attorneys' fees or costs to either side.

Dated: March 8, 2002

FAEGRE & BENSON LLP

Daniel C. Gerhan, # 189698
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Ms. Kay Yu
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5370

Attorneys for Third-Party Plaintiff

Dated: March 8, 2002

OPPENHEIMER, WOLFF & DONNELLY LLP

Kathleen M. Mahoney, #66588
Plaza VII
45 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Phone: (612) 607-7259

Attorneys for Third-Party Defendant

M1:850459.01

**ORDER**

In accordance with the foregoing Stipulation, the Third-Party Complaint in the above-captioned lawsuit is hereby dismissed with prejudice and on the merits, without attorneys' fees or costs to either side.

Dated: March 8, 2002

John R. Tunheim
United States District Judge

M1:850459.01