UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF ASSIGNMENT OF CASES FOR TRIAL**

Civil cases on the attached list are set for trial before Judge John R. Tunheim at the United States Courthouse, Courtroom 1, 515 West First Street, Duluth, Minnesota, for the period beginning the week of **Tuesday, January 21, 2003**, with trial to commence at **9:30 a.m.**

The cases are listed in the order, in which they will be tried, but cases may be called randomly from the list if necessary, and all cases are deemed **Ready for Trial** as of **January 21, 2003**. **DO NOT report for trial until you are called.**

Counsel should keep informed of the progress of cases listed prior to their own. For the convenience of counsel, the names, addresses, and telephone numbers of counsel in all cases are attached. If your case is not reached for trial during the period indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis." **IT IS ORDERED** that if the attorney having responsibility for the case is unable to try the case, he or she shall refer the case to another attorney so the case can proceed in an expeditious manner.

**Attention of counsel is called to the enclosed Memorandum Re Pretrial Procedures and Local Rule 39.1 Re Trial Procedures. Counsel are requested to furnish the Court the matters required therein at the times requested.**

Questions regarding the calendar may be directed to Lou Jean Gleason, Calendar Clerk for Judge Tunheim, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, telephone number (612) 664-5083.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MEMORANDUM FROM THE CHAMBERS OF JUDGE JOHN R. TUNHEIM RE LOCAL RULE 39.1 CONCERNING PRE-TRIAL PROCEDURES IN CIVIL JURY TRIALS**

This Memorandum is consistent with, and particularizes those parts of D. Minn. LR 39.1 which relate to **CIVIL JURY TRIALS**. A copy of D. Minn. LR 39.1 is attached.

Cases on the attached list are set for trial before Judge John R. Tunheim on **JANUARY 21, 2003. DO NOT REPORT FOR TRIAL UNTIL YOU ARE CALLED**.

The following procedures shall be followed by counsel:

1. **AN ORIGINAL AND TWO COPIES** of the following items must be **RECEIVED** by the Calendar Clerk no later than **January 6, 2003**. One copy of the same items must be **RECEIVED** by opposing counsel no later than **January 6, 2003**.

**Counsel shall prepare and furnish:**

(A) A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary, and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. Counsel shall indicate the estimated length of time for the entire trial, including jury selection and jury charge, if applicable.

(B) Such questions as counsel desire the Court to ask jurors on voir dire examination.

(C) Proposed jury instructions. Each instruction shall be on a separate page and shall contain citation of legal authority. Each instruction should follow the Eighth Circuit Manual of Model Jury Instructions (2001), unless counsel has a

particular, substantive reason for relying upon a different source for a specific instruction.

(D) A proposed form of special verdict.

(E) A list of all exhibits to be used as evidence at trial. The exhibits shall be listed, as much as possible, in the sequence they will be offered. The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall indicate the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. The original exhibits are **NOT** to be submitted with the pretrial papers.

(F) A list of the names and addresses of all prospective witnesses, together with a short statement of the substance of the testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown.

(G) A list of depositions to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of the deposition to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown.

2. If exhibits are to be offered at the trial, the following procedure must be followed:

(A) Counsel shall, no later than **January 6, 2003**, mark all exhibits for identification in the sequence in which they will be offered. The case number must be on each exhibit. Plaintiff shall mark its first exhibit **P#1**. Defendant shall mark its first exhibit **D#1**. Only exhibits so marked shall be offered into evidence at trial, except for good cause shown.

(B) Counsel shall, no later than **January 6, 2003**, make available for examination (and if requested, copying by all counsel) all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown.

3. Motions *in limine* must be received no later than **January 8, 2003**. Responses to motions *in limine* must be received no later than **January 15, 2003**.

4. Counsel for all parties are encouraged to confer prior to trial to:

(A) Stipulate to all uncontested facts and matters not in controversy.

(B) Stipulate as to which exhibits may be received without objection prior to trial.

(C) Discuss settlement. The Calendar Clerk shall be advised as to the probability of settlement.

5. Please note: the courtroom is fully equipped with a digital document camera and video screens for the Judge, jurors, witness stand, court reporter, law clerk, attorney tables, and the public. All exhibits are to be displayed using the document camera, which includes annotation features. An evidence cart is also provided which includes audio and video players and laptop connectors. The Court **will not** allow enlargements of exhibits, charts, or summaries, including but not limited to foam core boards **without prior approval**. Realtime court reporting is available to attorneys by prior arrangement with the court reporter, Karen Grufman at 612-664-5105. Attorneys may utilize video presentation, such as PowerPoint, during opening statements and closing arguments with prior approval of the Court. Training on the use of the courtroom technology is free and encouraged. Please contact Lou Jean Gleason to schedule training times prior to your trial date.

6. **An original and two copies of all materials shall be submitted to the Calendar Clerk, Lou Jean M. Gleason, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, telephone number (612) 664-5083. All materials are also to be submitted on 3.5 inch disks formatted for Microsoft Word. One copy of all materials shall be served on opposing counsel.**

DATED: Nov. 12, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIVIL TRIAL CALENDAR COMMENCING Tuesday, January 21, 2003
at 9:30 a.m., before JUDGE JOHN R. TUNHEIM

---

JURY TRIAL in FERGUS FALLS — Estimated length: 3 Days

***G.M.***

John E. Valen — 218-547-2600
(VALEN LAW OFFICE)
Susan A. McKay — 952-914-0284
(McKAY LAW OFFICE)

v. **Civil 00-1767 (JRT/RLE)**

***Raymond Cota***

Jon K. Iverson and Paul D. Reuvers — 952-548-7200
(IVERSON REUVERS)

---

JURY TRIAL in MINNEAPOLIS — Estimated length: 5-7 days

***Best Vendors Company***

Joseph W. Anthony and Mark D. Wisser — 612-349-6969
(ANTHONY OSTLUND & BAER)

v. **Civil 00-2224 (JRT/FLN)**

***Air Express, Inc., and Mass Air Systems***

Michael R. Gray — 612-343-2800
(GRAY PLANT MOOTY MOOTY & BENNETT)
Tim A. Staum — 612-305-1400
(MACKALL CROUNSE & MOORE)

JURY TRIAL in DULUTH — Estimated length: 10 days

***Minnesota Specialty Crops, Inc.***

Peter M. Lancaster and Heather D. Redmond — 612-340-2600
(DORSEY & WHITNEY)

v. **Civil 00-2317 (JRT/RLE)**

***Minnesota Wild Hockey Club***

Frederick W. Morris and Timothy P. Griffin — 612-335-1500
(LEONARD, STREET AND DEINARD)
Lorin L. Reisner and Bruce P. Keller — 212-909-6000
(DEBEVOISE & PLIMPTON)

COURT TRIAL in MINNEAPOLIS — Estimated length: 5 days

***L. Dean Luke***

William Michael and Steven E. Wolter — 612-371-9090
(KELLEY LAW OFFICE)

v. **Civil 00-2755 (JRT/FLN)**

***IKON Office Solutions, Inc.***

Daniel C. Gerhan — 612-766-7000
(FAEGRE & BENSON)
Joseph J. Costelle and Kay K. Yu — 215-963-5000
(MORGAN LEWIS & BOCKIUS)

**LR 39.1 PREPARATION FOR TRIAL IN CIVIL CASES**

(a) **Setting the Trial Date.** The Judge to whom the case is assigned shall notify counsel in cases set on the Judge's calendar at least 21 days in advance of the date the first case on the civil calendar is to be called. Cases on such calendar may be called on a peremptory basis. The case may be heard by any judge. For information on calendar matters, counsel shall contact the calendar clerk of the Judge who is to try the case.

(b) **Documents to be Submitted for Trial.** Unless otherwise ordered, counsel shall deliver one copy of the following documents to opposing counsel and the original and two copies to the office of the Clerk of Court at least 10 days before the first case on the civil calendar is to be called for trial:

(1) Documents Required for All Trials

(A) Trial Brief.

(B) Exhibit List. A list of exhibits shall be prepared on a form to be obtained from the Clerk of Court. All exhibits shall be marked for identification with Arabic numbers and shall include the case number.

Example: Pltf. or Deft. #1
Civ. 3-84-2
(Multiple parties list name, e.g. Pltf. Smith #l)

These exhibits shall be made available for examination and copying at least 14 days prior to the date the first case on the civil calendar may be called for trial.

(C) Witness List. The list shall include a short statement of the substance of the expected testimony of each witness.

(D) List of Deposition Testimony. The list shall designate those specific parts of deposition to be offered at trial. Any party who wishes to object to deposition testimony shall submit a list of objections at least 5 days before the first case on the civil calendar is to be called for trial.

(E) Motions in Limine.

(2) Additional Documents for Jury Trials. In all jury trials, counsel shall submit the following documents in addition to the documents listed in LR 39.1(b)(1):

(A) Proposed Voir Dire Questions

(B) Proposed Jury Instructions. Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority.

(C) Proposed Special Verdict Forms

(3) Additional Documents for Non-Jury Trials. In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in LR 39.1(b)(1).

(c) **Failure to Comply.** See LR 1.3 for sanctions for failure to comply with this rule.

[Adopted effective February 1, 1991; amended November 1, 1996]

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

v.

## EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| vs. | CASE NO. |
|---|---|
| | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |