UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

L. Dean Luke,

Plaintiff,

v.

IKON Office Solutions, et al.,

Defendants.

Civil 00-2755 JRT/FLN

ORDER

---

Class Representative L. Dean Luke's motion to be excused from personally attending the follow-up settlement conference on January 6, 2003, is hereby DENIED. Mr. Luke must personally attend this conference.

DATED: December 30, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK