**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DEAN L. LUKE,

Plaintiff,

v.

IKON OFFICE, et al.,

Defendants.

Civil No. 00-2755 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Steven E. Wolter and William Michael, KELLEY LAW OFFICE, 431 South Seventh Street, Suite 2530, Minneapolis, MN 55415, for plaintiff.

Daniel C. Gerhan, FAEGRE & BENSON, 2200 Wells Fargo Center, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901; and Joseph J. Costello, MORGAN LEWIS & BOCKIUS, 1701 Market Street, Philadelphia, PA, 19103, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2003
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED 3-31-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________