**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DEAN L. LUKE, Civil No. 00-2755 (JRT/FLN)

Plaintiff,

v. **ORDER**

IKON OFFICE, et al.,

Defendants.

---

Steven E. Wolter and William Michael, KELLEY LAW OFFICE, 431 South Seventh Street, Suite 2530, Minneapolis, MN 55415, for plaintiff.

Daniel C. Gerhan, FAEGRE & BENSON, 2200 Wells Fargo Center, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901; and Joseph J. Costello, MORGAN LEWIS & BOCKIUS, 1701 Market Street, Philadelphia, PA, 19103, for defendants.

Whereas there exists an Order dismissing this case with prejudice, and the Court retaining jurisdiction for forty-five days,

**IT IS HEREBY ORDERED** that the Court's Order dated March 31, 2003 is **VACATED**.

DATED: March 31, 2003
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED 3-31-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK