**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

L. Dean Luke, individually and on behalf of others similarly situated,

Plaintiff,

v.

IKON Office Solutions, Inc., in its capacity as plan administrator for the and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan,

Defendants.

File No. 00-CV-2755 JRT/FLN

**ORDER REGARDING PROPOSED SETTLEMENT OF CLASS ACTION AND NOTICE TO CLASS**

Upon review and consideration of the Stipulation and Agreement of Settlement and Dismissal of Claims and the exhibits annexed thereto, dated April 2, 2003 (the "Settlement Agreement"), executed on behalf of Plaintiff L. Dean Luke and members of the Class, and Defendants; upon consideration of all prior proceedings in the above-captioned case; and inasmuch as a hearing on the proposed settlement is necessary;

Now, therefore, upon the application of Plaintiff and with the concurrence of Defendants it is hereby **ORDERED** as follows:

1. The terms of the Settlement Agreement, and the settlement provided for therein, are preliminarily approved, subject to further consideration at the Settlement Hearing described at paragraph 8 of this Order.

FILED APR 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. By Order entered January 7, 2002, the Court previously certified a class pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure encompassing the claims of the named Plaintiffs and the Class.

3. In accordance with the terms of the Settlement Agreement, as soon as practicable after the entry of this Order, but in no event later than fourteen (14) days after the date of this Order, Class Counsel shall cause to be mailed by first class mail the Notice of Proposed Class Action Settlement (the "Settlement Notice"), in substantially the same form as that annexed to the Settlement Agreement as Exhibit 2, to all Class Members (as that term is defined in the Settlement Agreement) who can be identified from records of Defendants at their last known addresses.

4. On or before ten (10) days prior to the Settlement Hearing, Class Counsel shall serve and file a sworn statement evidencing compliance with the provisions of paragraph 3 of this Order concerning the mailing of said Settlement Notice.

5. Notice to Class Members as provided in compliance with the provisions set forth in paragraph 3 above is hereby found to be the best notice practicable under the circumstances, and constitutes due and sufficient notice, in full compliance with the notice requirement of Rule 23(e) of the Federal Rules of Civil Procedure.

6. Class Counsel shall file with the Court and serve their Motion for Final Approval of the Proposed Settlement and their Petition for an Award of Attorneys' Fees and Reimbursement of Expenses on or before twenty-one (21) days prior to the Settlement Hearing.

7. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, a hearing (the "Settlement Hearing") shall be held before the undersigned at 9:30am on June 10, 2003, in the United States Courthouse, Courtroom 13E, District of Minnesota, 202 U.S. Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, to determine the

fairness, reasonableness and adequacy of the proposed settlement and proposed plan of allocation, the dismissal with prejudice of the claims of the Members of the Class against Defendants, and the requests of Class Counsel for award of attorneys' fees and reimbursement of expenses.

8. Any Class Member may appear at the Settlement Hearing, in person or by counsel, and be heard to the extent allowed by the Court in support of, or in opposition to, the fairness, reasonableness and adequacy of the proposed settlement and proposed plan of allocation, the requested award of attorneys' fees and reimbursement of expenses, and awards to Representative Plaintiffs; provided, however, that no person will be heard in opposition to the proposed settlement and other requests unless such person: (a) has filed with the Clerk of Court, so as to be postmarked on or before ten (10) days prior to the Settlement Hearing; a written notice of such person's intention to appear together with a written statement that indicates the specific basis for such opposition along with any supporting documentation, and, (b) has by such date served copies of such Court filings upon: (1) Douglas A. Kelley, Esquire, Centre Village Offices, Suite 2530, 431 South Seventh Street, Minneapolis, MN 55415, Class Counsel; and (2) Kay Kyungsun Yu, Esquire, Morgan, Lewis & Bockius, LLP, 1700 Market Street, Philadelphia, PA 19103-2021, Counsel for Defendants.

9. The Court expressly reserves its right to adjourn the Settlement Hearing from time to time without further direct notice to the Class.

**BY THE COURT,**

John R. Tunheim

**The Honorable John R. Tunheim**

DATED: April 4, 2003

1-PH/1756323.2