UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

L. Dean Luke, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IKON Office Solutions, Inc., in its capacity as sponsor and plan administrator for the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan and the IKON Office Solutions, Inc. 1991 Deferred Compensation Plan f/k/a the Alco Standard Corporation 1991 Deferred Compensation Plan,

Defendants.

Civil No. 00-2755 JRT/FLN

**ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT**

A hearing having been held before this Court on June 10, 2003, pursuant to this Court's Order dated April 4, 2003, upon the Stipulation and Agreement of Settlement and Dismissal of Claims and the exhibits annexed thereto, dated April 2, 2003 (the "Settlement Agreement"), filed in the above-captioned action; the Court having determined that due notice of the proposed settlement agreement and of that hearing was given to all Class Members (as that term is defined in the Settlement Agreement) whose interests are affected by the proposed settlement in accordance with the Order dated April 4, 2003; the respective parties having appeared by their attorneys of record at the hearing; an opportunity to be heard having been given to all Class Members in accordance with the Court's Order dated April 4, 2003; all Class Members having been given due notice of and an opportunity to present their legal and factual arguments in

FILED 6·10·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

opposition to approval of the Settlement Agreement and proposed Plan of Allocation, and the request of Class Counsel for an award of attorneys' fees and reimbursement of expenses; and the entire matter of the proposed settlement having been heard and considered by the Court;

IT IS ORDERED, ADJUDGED AND DECREED THIS 10 DAY OF June, 2003 AS FOLLOWS:

1. To the extent defined in the Settlement Agreement, the terms in this Order shall have the meanings set forth therein.

2. The Notice of Proposed Settlement and Settlement Hearing was mailed on or about April 9, 2003 to all Class Members in accordance with the Order dated April 4, 2003.

3. The Court determines that due and adequate notice of the proposed settlement has been provided to all Class Members, such notice being found to be the best notice practicable under the circumstances and to meet all requirements of due process and of Rule 23 of the Federal Rules of Civil Procedure; that full opportunity has been given to the Class Members to participate in the hearing on June 10, 2003; and that all such Class Members are bound by the Order and Final Judgment entered herein.

4. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Settlement Agreement and the proposed Plan of Allocation (attached hereto as Exhibit A and incorporated by reference) and the terms of the settlement as described in the Settlement Agreement, are approved and confirmed as being fair, reasonable and adequate to all Class Members, for the reasons stated on the record at the Settlement Hearing. The parties are hereby directed to proceed with and implement the Settlement Agreement in accordance with its terms.

5. As of the Effective Date, Plaintiff and all Class Members shall be deemed to release Defendants and all other Released Persons from all of the released claims, as defined in paragraph 6 of the Settlement Agreement. The claims of Plaintiff and the Class Members are hereby dismissed with prejudice.

6. The Court having considered the petition of Class Counsel for an award of attorneys' fees and reimbursement of expenses, the Court hereby grants the petition and awards to Class Counsel out of the Settlement Fund attorneys' fees and reimbursement of expenses in the amount of $285,000.00. This award of fees and expenses shall be paid at the time and in the manner provided in the Settlement Agreement.

7. The Court shall retain continuing jurisdiction over this matter for the purposes of consummating, implementing, and enforcing the Settlement Agreement and the terms of this Order and Final Judgment, including entry of further orders as may be necessary and appropriate.

8. The Clerk of Court is directed to enter this Order and Final Judgment as a final judgment with respect to Plaintiff and each Class Member in the above-captioned action. The Court's reservation of continuing jurisdiction pursuant to the preceding paragraph shall not affect in any way the finality of this Order and Final Judgment.

BY THE COURT,

Dated: June 10, 2003

The Honorable John R. Tunheim
Judge of District Court